No. 413. BONDHOLDERS, INC. *v.* POWELL ET AL., RECEIVERS, ET AL., *ante,* p. 921;

No. 457. CHIARELLI ET AL. *v.* UNITED STATES, *ante,* p. 913;

No. 470. ADERMAN *v.* UNITED STATES, *ante,* p. 927;

No. 207, Misc. FISHBAUGH *v.* ARMOUR & CO. ET AL., *ante,* p. 914;

No. 270, Misc. PRIDGEN *v.* BUBELLA ET AL., *ante,* p. 929; and

No. 292, Misc. DIXON *v.* ROBINSON, WARDEN, *ante,* p. 930. Petitions for rehearing denied.

MARCH 10, 1952.

No. 134. A/S J. LUDWIG MOWINCKELS REDERI ET AL. *v.* ISBRANDTSEN CO., INC. ET AL.; and

No. 135. FEDERAL MARITIME BOARD *v.* UNITED STATES ET AL. Argued January 29–30, 1952. Decided March 10, 1952. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE CLARK took no part in the consideration or decision of these cases. *Roscoe H. Hupper* argued the cause for appellants in No. 134. With him on the brief was *Burton H. White. Arthur M. Boal* argued the cause for appellant in No. 135. With him on the brief were *Francis S. Walker* and *George F. Galland. J. Roger Wollenberg* argued the cause for the United States and the Secretary of Agriculture, appellees. With him on the brief were *Solicitor General Perlman, Assistant Attorney General Morison, W. Carroll Hunter* and *Neil Brooks. William L. McGovern* argued the cause for the Isbrandtsen Co., Inc., appellee. With him on the brief was *John J. O'Connor.*